**FORM 9**   (Rev. 11/93)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO.: 06-30109** |
| | : | |
| **WRIGHT, DOUGLAS I.** | : | **Chapter 7** |
| | : | |
| **DEBTOR(S)** | : | **JUDGE GUY R. HUMPHREY** |
| | : | |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

### TO THE CLERK OF THE COURT:

The attached check in the amount of $25.53   represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec.347(a) and FRBP 3010.  The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|

See attached list.

| | |
|---|---|
| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
| $25.53 | $_____ |

Dated:  November 30, 2010

/s/David L. Mikel_____
David L. Mikel
Case Trustee
210 W. Main St.
Troy OH 45373
Tel No. (937) 339-0511

cc: U.S. Trustee

(*) Denotes objection to Amount Filed

Printed: 11/30/10 08:42 AM

## Claims Distribution Small Checks

### Trustee: David L. Mikel (550550)

Case: 06-30109 - WRIGHT, DOUGLAS L.

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 200018592266 | 10106 | 11/30/10 | | | | Payee: U.S. Bankruptcy Court | | | Check Amount: | $25.53 |
| | | | 1 | 02/09/06 | 610 | UNITED COLLECTIONS BUREAU | 397.66 | 397.66 | 4.89 | 4.89 |
| | | | 2 | 02/09/06 | 610 | DISH NETWORK | 338.02 | 338.02 | 4.15 | 4.15 |
| | | | 3 | 02/13/06 | 610 | Bromagem Heating and Air Cond | 317.72 | 317.72 | 3.91 | 3.91 |
| | | | 5 | 03/20/06 | 610 | Kettering Medical Center | 389.60 | 389.60 | 4.79 | 4.79 |
| | | | 9 | 08/31/06 | 610 | KETTERING ANESTHESIA ASSOC INC | 75.60 | 75.60 | 0.93 | 0.93 |
| | | | 10 | 09/01/06 | 610 | Bromagem Heating and Air Cond | 317.72 | 317.72 | 3.91 | 3.91 |
| | | | 12 | 09/21/06 | 610 | Atlas Collections, Inc. | 240.00 | 240.00 | 2.95 | 2.95 |